UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Digital River Marketing Solutions, Inc. d/b/a Direct Response Technologies and Digital River, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Eric Porat and Affiliads LLC, <br><br> Defendants. | Civil No. 10-2051 (DWF/FLN) <br><br> **ORDER FOR FINAL JUDGMENT** |

Christopher W. Madel, Esq., Bruce D. Manning, Esq., and Courtney E. Thompson, Esq., Robins Kaplan Miller & Ciresi LLP, counsel for Plaintiff.

Andrew M. Luger, Esq., and Erin Sindberg Porter, Esq., Greene Espel, counsel for Defendants.

---

Plaintiffs Digital River Marketing Solutions, Inc. d/b/a Direct Response Technologies and Digital River, Inc. (collectively, "Plaintiffs") and Defendants Eric Porat and Affiliads LLC (collectively, "Defendants") have stipulated (Doc. No. [26]) and agreed to the following terms, which the Court adopts and incorporates by reference into this Order for Final Judgment:

      1.     Defendants and their respective officers, directors, employees, agents, subsidiaries, distributors, and all persons controlled directly or indirectly by them or acting on their behalf or in concert or participating with any Defendant, are permanently enjoined and restrained from accessing, using, selling, offering to sell, transferring,

attempting to transfer, downloading, importing, exporting, advertising, promoting, and/or distributing any data and/or other information obtained from Plaintiffs and/or Plaintiffs' clients/customers, including, but not limited to, the list of affiliates that Defendant Eric Porat obtained from VCommission in or around January 2010.

2. Within ten (10) days of the date of this Final Judgment, Defendants shall provide Plaintiffs with Five Thousand Dollars and No Cents ($5,000.00) in costs, said amount to fully satisfy Defendants' financial obligations to Plaintiffs.

3. Immediately upon execution of this Final Judgment, Defendants shall refrain from making any reference to Plaintiffs or Plaintiffs' business activities or clients on websites or related links that are owned or controlled by Defendants, or that are owned and controlled by Defendants' past, present, or future officers, directors, shareholders, employees, predecessors, successors in interest, attorneys, agents, assigns, subsidiaries, parent companies, affiliates, accountants, representatives or any other entity or third party that is related to Defendants in any way whatsoever, and on any venue of any kind and nature whatsoever.

4. Each party has waived any right to appeal from this Final Judgment.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: August 27, 2010                    s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge