AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Digital River Marketing Solutions, Inc. d/b/a
Direct Response Technologies and
Digital River, Inc.,

**JUDGMENT IN A CIVIL CASE**

                Plaintiffs,

V.

                Case Number:   10-2051 (DWF/FLN)

Eric Porat and Affiliads LLC,

                Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendants and their respective officers, directors, employees, agents, subsidiaries, distributors, and all persons controlled directly or indirectly by them or acting on their behalf or in concert or participating with any Defendant, are permanently enjoined and restrained from accessing, using, selling, offering to sell, transferring, attempting to transfer, downloading, importing, exporting, advertising, promoting, and/or distributing any data and/or other information obtained from Plaintiffs and/or Plaintiffs' clients/customers, including, but not limited to, the list of affiliates that Defendant Eric Porat obtained from VCommission in or around January 2010.  2. Within ten (10) days of the date of this Final Judgment, Defendants shall provide Plaintiffs with Five Thousand Dollars and No Cents ($5,000.00) in costs, said amount to fully satisfy Defendants' financial obligations to Plaintiffs.  3. Immediately upon execution of this Final Judgment, Defendants shall refrain from making any reference to Plaintiffs or Plaintiffs' business activities or clients on websites or related links that are owned or controlled by Defendants, or that are owned and controlled by Defendants' past, present, or future officers, directors, shareholders, employees, predecessors, successors in interest, attorneys, agents, assigns, subsidiaries, parent companies, affiliates, accountants, representatives or any other entity or third party that is related to Defendants in any way whatsoever, and on any venue of any kind and nature whatsoever.  4. Each party has waived any right to appeal from this Final Judgment.

August 30, 2010                                                             RICHARD D. SLETTEN, CLERK
Date

                                                                       s/   M. Price
                                                 (By)   M.Price                    Deputy Clerk